JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ARABIEL AVELAR** and RUDECINDA GUARDADO, <br><br> Plaintiffs, <br><br> v. <br><br> GONZALEZ (Mission Hills Police Department), MARTIN (MHPD Deputy No. 34796), BENITEZ (MHPD Deputy No. N4515), CARLOS LOZANO (MHPD Deputy No. 34793), WALUNGA (MHPD Deputy No. 344466), <br><br> DISTRICT ATTORNEY (San Fernando Dep't M), and DOES (Mission Hills Police Department), each in his official and personal capacity, <br><br> Defendants. | LA CV 16-08234-VBF <br><br> **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants, in their individual and official capacities, and against plaintiffs Arabiel Avelar and Rudecinda Guardado.**

IT IS SO ADJUDGED.

Dated: March 1, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge